**MARKS, O'NEILL, O'BRIEN,**
**DOHERTY & KELLY, P.C.**
BY: Christian M. Scheuerman, Esquire   **ATTORNEY FOR DEFENDANT**
Attorney I.D. 02710-2007                **Healthcare Revenue Recovery**
535 Route 38 East                       **Group, LLC**
Suite 501
Cherry Hill, NJ  08002
(856)663-4300

447-102973(SXK/CMS)

| | |
|---|---|
| Elaine Levins and William Levins, on behalf of themselves and others similarly situated | UNITED STATES DISTRICT COURT CAMDEN VICINAGE |
| vs. | DOCKET NO. 1:17-cv-00928-RBK-KMW |
| Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services | CIVIL ACTION **NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE** that on February 18, 2020, at 9:00 o'clock in the forenoon, or as soon thereafter as counsel may be heard, the undersigned, Christian M. Scheuerman, Esq., attorney for Defendant, shall apply to the United States District Court for the District of New Jersey, Camden Vicinage, for an Order granting summary judgment in favor of Defendant.

{NJ062990.1}

**PLEASE TAKE FURTHER NOTICE,** that the movant shall rely upon the annexed Brief in support of this motion. Oral argument is requested only if opposition is timely filed with the Court.

MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.

*/s/ Christian M. Scheuerman*
Christian M. Scheuerman, Esquire
Attorney for Defendant,
Healthcare Revenue Recovery Group, LLC
