**MARKS, O'NEILL, O'BRIEN,**
**DOHERTY & KELLY, P.C.**
BY: Christian M. Scheuerman, Esquire
Attorney I.D. 02710-2007
535 Route 38 East
Suite 501
Cherry Hill, NJ  08002
(856)663-4300

**ATTORNEY FOR DEFENDANT**
**Healthcare Revenue Recovery**
**Group, LLC**

447-102973(SXK/CMS)

| | |
|---|---|
| Elaine Levins and William Levins, on behalf of themselves and others similarly situated<br><br>vs.<br><br>Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services | UNITED STATES<br>DISTRICT COURT<br>CAMDEN VICINAGE<br><br>DOCKET NO. 1:17-cv-00928-RBK-KMW<br><br>CIVIL ACTION<br><br>**DECLARATION OF COUNSEL** |

    I, Christian M. Scheuerman, Esquire, of full age, do hereby declare as follows:

    1.    I am an attorney-at-law, licensed to practice in the Federal District Courts of New Jersey and the Eastern District of Pennsylvania, and am a partner at the law firm of Marks, O'Neill, O'Brien, Doherty & Kelly, P.C., attorneys for Defendant Healthcare Revenue Recovery Group, LLC. I am fully familiar with the facts and circumstances of the above-captioned matter.

    2.    I make this declaration based on personal knowledge.

    3.    Exhibit A is a true and accurate copy of the complaint.

    4.    Exhibit B is a true and accurate copy of the amended complaint.

    5.    Exhibit C is a true and accurate copy of the September 26, 2017 Order and Opinion.

    6.    Exhibit D is a true and accurate copy of the August 22, 2018 Third Circuit Opinion.

{NJ062990.1}

7.  Exhibit E is a true and accurate copy of Defendant's alternative trade name registration.

8.  Exhibit F is a true and accurate copy of portions of David Friedlander's deposition transcript.

9.  Exhibit G is a true and accurate copy of Defendant's interrogatory answers.

10. Exhibit H is a true and accurate copy of the November 30, 2015 ARS letter to Plaintiffs.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

                                              **MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**

                                              */s/ Christian M. Scheuerman, Esquire*
                                              Christian M. Scheuerman, Esquire