**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**
BY: Christian M. Scheuerman, Esquire
Attorney I.D. 02710-2007
535 Route 38 East
Suite 501
Cherry Hill, NJ  08002
(856)663-4300

ATTORNEY FOR DEFENDANT
Healthcare Revenue Recovery
Group, LLC

447-102973(SXK/CMS)

| | |
|---|---|
| Elaine Levins and William Levins, on behalf of themselves and others similarly situated<br><br>vs.<br><br>Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services | UNITED STATES<br>DISTRICT COURT<br>CAMDEN VICINAGE<br><br>DOCKET NO. 1:17-cv-00928-RBK-KMW<br><br>CIVIL ACTION<br><br>**ORDER** |

THIS MATTER having been brought before the Court on the motion of Christian M. Scheuerman, Esquire, of Marks, O'Neill, O'Brien, Doherty & Kelly, P.C., counsel for Defendants, and the Court having considered the moving papers and any response thereto, and for GOOD CAUSE SHOWN;

IT IS on this ____ day of _____, 2020, hereby ORDERED that summary is judgment is granted and the amended complaint is dismissed with prejudice.

_____
Hon. Robert B. Klugler, U.S.D.J.

{NJ062990.1}