MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.
BY: Christian M. Scheuerman, Esquire     **ATTORNEY FOR DEFENDANT**
Attorney I.D. 02710-2007                 **Healthcare Revenue Recovery**
535 Route 38 East                        **Group, LLC**
Suite 501
Cherry Hill, NJ  08002
(856)663-4300

447-102973(SXK/CMS)

| | |
|---|---|
| Elaine Levins and William Levins, on behalf of themselves and others similarly situated | UNITED STATES DISTRICT COURT CAMDEN VICINAGE |
| vs. | DOCKET NO. 1:17-cv-00928-RBK-KMW |
| Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services | CIVIL ACTION  **PROOF OF MAILING** |

    I, Christian M. Scheuerman, Esq., hereby declare that on the date indicated below a copy of the summary judgment motion was served on counsel for Plaintiffs via ECF.

MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.

*/s/ Christian M. Scheuerman*
Christian M. Scheuerman, Esquire
Attorney for Defendant,
Healthcare Revenue Recovery Group, LLC

January 24, 2020

{NJ062990.1}