*NEW JERSEY DEPARTMENT OF THE TREASURY*
*DIVISION OF REVENUE AND ENTERPRISE SERVICES*

HEALTHCARE REVENUE RECOVERY GROUP, LLC

0600233404

I, the Treasurer of the State of New Jersey, do hereby certify that the above-name did on 20th day of November, 2013 file and record in the department a Certificate of Renewal of Alternate Name.

1. BUSINESS NAME:

    HEALTHCARE REVENUE RECOVERY GROUP, LLC

2. BUSINESS ID.:

    0600233404

3. ALTERNATE NAME:

    ARS ACCOUNT RESOLUTION SERVICES

4. ALTERNATE NAME IS VALID UNTIL:

    December 19, 2018

5. ACTIVITY TO BE CONDUCTED USING ALTERNATE NAME:

    Business intend to use the name in New Jersey.

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 20th day of November, 2013*

*Andrew P Sidamon-Eristoff*
*State Treasurer*

Certification # 130272537
Verify this certificate at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp



EXHIBIT E

ARS 03