ARS
PO BOX 459079
SUNRISE FL 33345-9079

November 30, 2015

Account Resolution Services
a division of HRRG, LLC
P.O. Box 459079
Sunrise, FL 33345-9079
Toll Free Phone 800-694-3048
En Español 800-694-3397



ARS ▲ 019461  Y/AABB
ELAINE LEVINS
84 LINCOLN DR
CLEMENTON NJ 08021-2856

www.arspayment.com
PIN# 2.80864955.525

Re: 80864955 Validation Notice

Dear Elaine Levins:

The healthcare creditor(s) shown below hired ARS Account Resolution Services (ARS) to collect the balance due. We may report any outstanding balances to the major credit bureaus. To pay, just fill in your credit card information on the reverse side of this notice, or enclose your check/money order payable to the creditor, along with the payment voucher below. To pay using our automated IVR accessible 24 hours a day, call 844-PAY-ARS2 (844-729-2772) or visit our website at www.arspayment.com. Both options require the PIN # and the RE: # listed above along with the last four digits of your social security number.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgement and mail you a copy of such judgement or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. (NOTICE : SEE REVERSE FOR IMPORTANT INFORMATION).

✂                                            ✂

Client Account: 0411 - 44427216                          Amount Enclosed $_____

Creditor                Account #              Regarding              Amt Owed  ServDate
ATLANTIC ER PHYS TEAM PED  0139549982-44427216  LEVINS,MADELINE         169.82   09/02/14

ARS
PO BOX 630806
CINCINNATI OH 45263-0806

3 080864955 000016982 0139549982 3 8

**EXHIBIT H**

ARS 04

PLEASE NOTE: This transaction will appear on your next credit card statement as "ARS".

For your convenience you may pay by MasterCard, VISA, American Express or Discover. Check the appropriate box, print the cardholder's name as it appears on the card, the card number, the expiration date, sign and return this portion of your statement.

| CREDIT CARD PAYMENT | CHANGE OF ADDRESS |
|---|---|
| Please Check Appropriate Box | Address: |
| CARD NUMBER | Apt./Unit#: |
| EXP. DATE    PAYMENT AMOUNT | City: |
| SIGNATURE    PHONE NUMBER | State: |
| NAME AS IT APPEARS ON CARD - PLEASE PRINT | Zip: |

CONFIDENTIAL

ARS 05