NOT FOR PUBLICATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| ELAINE LEVINS, WILLIAM LEVINS, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> HEALTHCARE REVENUE RECOVERY GROUP, LLC, d/b/a ARS ACCOUNT RESOLUTION SERVICES, <br><br> Defendant. | Civil No. 17-928 (RBK/KMW) <br><br> **ORDER** |

**KUGLER**, United States District Judge:

    **THIS MATTER** comes before the Court on the Motion for Summary Judgement (Doc. No. 50) filed by Defendant Healthcare Revenue Recovery Group, LLC ("HRRG"); and for the reasons set forth in the accompanying Opinion of this date

    **IT IS HEREBY ORDERED** that HRRG's Motion for Summary Judgment is **DENIED**.

Dated: 6/12/2020                                                                       /s/ Robert B. Kugler
                                                                                                                         ROBERT B. KUGLER
                                                                                                                         United States District Judge