IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| ELAINE LEVINS AND WILLIAM LEVINS,<br><br>                    Plaintiffs,<br><br>          v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC, et al.,<br><br>                    Defendant. | Civil No. 17-928-RBK-KMW |

**SCHEDULING ORDER**

This Scheduling Order confirms the directives given to counsel during the telephone status conference held on **November 9, 2020**; and the Court noting the following appearances: **Philip D. Stern, Esquire,** appearing on behalf of the plaintiffs; and **Christian M. Scheuerman, Esquire,** appearing on behalf of the defendant; and for good cause shown:

IT IS this **9th** day of **November, 2020**, hereby **ORDERED**:

1.  Pretrial factual discovery will expire on **February 26, 2021**. All pretrial discovery shall be concluded by that date. All discovery motions and applications pursuant to L. Civ. R. 37.1(a)(1) shall be made returnable before the expiration of pretrial factual discovery.

2.  **Discovery Applications**. All discovery applications pursuant to L. Civ. R. 37.1(a)(1) shall include an Affidavit or Certification that includes the information identified in L. Civ. R. 37.1(b)(1). Absent exigent circumstances, the Court expects parties to "meet and confer" in person or via telephone before making a discovery application, rather than just exchanging letters or e-mails.

3.  **Dispositive Motions and Motions for Class Certification**. Dispositive motions and motions for class certification shall be filed with the Clerk of the Court no later than **April 9, 2021**. Opposition to the motion should be served in

a timely fashion.  Counsel are to follow L. CIV. R. 7.1, 7.2, 56.1 and 78.1 (Motion Practice - Generally).

     4.  The Court will conduct a telephone status conference on **February 17, 2021 at 11:00 a.m.**  All counsel shall dial into the Court's conference line at **1-888-684-8852, Access Code 1488577#** to connect to the call.

     5.  Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

    **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**


        s/ Karen M. Williams
        KAREN M. WILLIAMS
        United States Magistrate Judge

cc:  Hon. Robert B. Kugler