DANIEL A. FRISCHBERG, ESQ.
26 Highgate Lane
Cherry Hill, NJ 08003
(856) 325-8251

*Attorneys for Plaintiffs, Elaine Levins and William Levins*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELAINE LEVINS and WILLIAM LEVINS, on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ARS ACCOUNT RESOLUTION SERVICES, and JOHN AND JANE DOES 1 THROUGH 25,<br><br>　　　　Defendants. | Case 1:17-cv-00928-RBK-KMW<br><br>DECLARATION OF DANIEL A. FRISCHBERG, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL |

I, Daniel A. Frischberg, of full age, declare:

1. I am co-counsel representing Elaine and William Levins in the above captioned matter. I have personal knowledge of the facts pertaining to this Motion.

2. At the time of filing of the initial Complaint, I was employed by The Law Office of Andrew B. Finberg, LLC. The retainer agreement was signed with said firm.

3. As of August 16, 2020, I disassociated myself with the aforementioned law firm. As of today, no substitution of counsel has been submitted.

4. The Plaintiffs are adequately represented by Stern-Thomasson, LLP.

5. Neither the Plaintiffs nor the Defendants would be prejudiced by my withdrawal from this case.

6. It is respectfully submitted that good cause exists, and therefore, it is requested that an Order be entered relieving the undersigned as Counsel of Record in this matter pursuant to Local Rule 102.1.

*In accordance with 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Dated: February 5, 2021                                 s/ Daniel A. Frischberg
                                                                       Daniel A. Frischberg