DANIEL A. FRISCHBERG, ESQ.
26 Highgate Lane
Cherry Hill, NJ 08003
(856) 325-8251

*Attorneys for Plaintiffs, Elaine Levins and William Levins*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELAINE LEVINS and WILLIAM LEVINS, on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ARS ACCOUNT RESOLUTION SERVICES, and JOHN AND JANE DOES 1 THROUGH 25,<br><br>　　　　　Defendants. | Case 1:17-cv-00928-RBK-KMW |

**STATEMENT OF REASONS AS TO WHY NO BRIEF IS NECESSARY IN ACCORDANCE WITH THE LOCAL RULE 7.1(d)(4)**

　　　　The within Notice of Motion is a motion to withdraw as counsel, as set forth in the accompanying certification.

　　　　The facts relied upon, as set forth in the accompanying certification, and the basis for relief, do not present complicated questions of fact or unique questions of law. Therefore, it is hereby submitted that no brief is necessary in the Court's consideration of the within motion.

　　　　　　　　　　　　　　　　　　　　　　　/s/Daniel A. Frischberg
Date: February 5, 2021　　　　　　　　　　　　Daniel A. Frischberg