**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**

NEW JERSEY OFFICE
*Cherry Tree Corporate Center*
*Suite 501*
*535 Route 38 East*
*Cherry Hill, NJ 08002*
*(856) 663-4300 Fax: (856) 663-4439*

www.moodklaw.com

*Christian M. Scheuerman*
Member NJ & PA Bars
CScheuerman@moodklaw.com

*Our staff is working remotely as required by government directive during the COVID crisis. Accordingly our office will only be transmitting and accepting communications and pleadings via email.*

March 4, 2021

**Via ECF**
Honorable Karen M. Williams, U.S.M.J.
United States District Court
4th & Cooper Streets
Camden, NJ 08101

    RE: Levins v. HRRG
       Docket No.: 1:17-cv-00928-RBK-KMW
       Our File No.:  447-102973(SXK/CMS)

Dear Judge Williams:

  I write to advise the Court that Defendant has provided Plaintiffs with the discovery requested in their February 16, 2021 letter.

           Respectfully submitted,

           **MARKS, O'NEILL, O'BRIEN,**
           **DOHERTY & KELLY, P.C.**

           */s/ Christian M. Scheuerman*
           Christian M. Scheuerman

CMS/jad
cc: Philip D. Stern, Esquire

{NJ189055.1}

| Philadelphia | Pittsburgh | New York | Westchester County | Wilmington | Towson |
| --- | --- | --- | --- | --- | --- |
| Pennsylvania | Pennsylvania | New York | New York | Delaware | Maryland |