**MARKS, O'NEILL, O'BRIEN,**
**DOHERTY & KELLY, P.C.**

NEW JERSEY OFFICE
*Cherry Tree Corporate Center*
*Suite 501*
*535 Route 38 East*
*Cherry Hill, NJ 08002*
*(856) 663-4300 Fax: (856) 663-4439*

www.moodklaw.com

*Jonathan R. Stuckel*
Member NJ & PA Bars
(856) 406-1319
JStuckel@moodklaw.com

February 17, 2022

**Via ECF**
Honorable Matthew J. Skahill, U.S.M.J.
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

        RE:  Levins v. Healthcare Revenue Recovery Group, LLC
             Docket No.: 1:17-cv-928-RBK-KMW
             Our File No.: 447-102973 (SXK/CMS)

Dear Judge Skahill:

      Reference is made to the above-captioned matter. I submit this letter in order to comply with the Court's text Order dated January 28, 2022. The parties met and conferred on February 9th concerning plaintiff's request for additional discovery. The undersigned conveyed to counsel for plaintiff that discovery should remain closed and that the additional requests were irrelevant to class certification under Rule 23. As such, this matter should proceed to class certification and/or summary judgment.

      The undersigned attempted to contact counsel for plaintiff in advance of independently filing this letter. As of the time of this filing, no response concerning the joint letter deadline has been received.

      Thank you in advance for Your Honor's consideration in this matter.

                              Respectfully submitted,

                              **MARKS, O'NEILL, O'BRIEN,**
                            **DOHERTY & KELLY, P.C.**

                            */s/ Jonathan R. Stuckel*_____
                            Christian M. Scheuerman, Esquire
                            Jonathan R. Stuckel, Esquire

CMS/
cc:   Philip Stern, Esquire

{NJ296227.1}

| Philadelphia | Pittsburgh | Westchester County | Wilmington | Towson | New York |
| Pennsylvania | Pennsylvania | New York | Delaware | Maryland | New York |