# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN  **DATE:** March 21, 2022

**JUDGE MATTHEW SKAHILL, U.S.M.J.**

**COURT REPORTER:** Court Conference Line

**TITLE OF CASE:**  **DOCKET NO. 17-928(CPO)**
LEVINS et al
  v.
HEALTHCARE REVENUE RECOVERY
GROUP, LLC et al

**APPEARANCES:**
Philip Stern, Esq. for Plaintiffs
Jonathan Stuckel Esq. for Defendant

**NATURE OF PROCEEDINGS:**   Status Conference/Discovery Hearing
Telephone Status Conference and Discovery Hearing held on the record.
Order to be entered.

*s/Ryan Sanders*
**DEPUTY CLERK**

**TIME COMMENCED:** 2:03 p.m.
**TIME ADJOURNED:**  2:46 p.m.
**TOTAL TIME:** 43 minutes