UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ELAINE LEVINS and WILLIAM LEVINS, on behalf of themselves and others similarly situated,<br><br>                    Plaintiffs,<br><br>   v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC D/B/A ARS ACCOUNT RESOLUTION SERVICES, and JOHN AND JANE DOES 1 THROUGH 25,<br><br>                    Defendants. | Civil No.17-00928 (CPO)(MJS) |

**O R D E R**

This matter having come before the Court on the discovery dispute raised by the parties in their respective submissions [letters by Mr. Stern on behalf of Plaintiffs, Doc. Nos. 96 and 101; letter by Mr. Stuckel on behalf of Defendant, Doc. No. 100]; and the Court having held an on-the-record conference in this matter on March 21, 2022; and the Court having heard argument from the parties; and this Order intending to address Plaintiffs' requests to compel the production of certain discovery as well as issues of scheduling; and good cause existing to enter this Order; and to confirm the Court's rulings; and for all the reasons stated by the Court on the record,

1

**IT IS HEREBY ORDERED** on this **23rd** day of **March 2022,** as follows:

1. By no later than **April 20, 2022** Defendant shall produce to Plaintiffs the complete and accurate information corresponding to the four additional spreadsheet fields identified in Plaintiffs' October 14, 2021 request. Specifically, Defendants shall produce (1) the full name appearing as the "RP" in the DEBTOR section (indicating the party responsible for the debt); (2) the data populating the "Clnt" field (indicating the identity of the creditor to whom the debt is owed); (3) the date and time for each call during the relevant time period; and, (4) the telephone number reported for each call during the relevant time period.

2. By no later than **April 20, 2022** Defendant shall provide an explanation to Plaintiffs for the discrepancy in the number of rows in the spreadsheets provided (April 2021 and January 2022).

3. The deadline for filing any motion for class certification is extended to **May 20, 2022.**

4. The Court will hold a telephone status conference in this matter on **May 17, 2022** at 9:30 a.m., which may be adjourned upon request if no outstanding issues remain. The call-in number is **888-808-6929,** access code **2170922#.**

                                                              <u>s/ Matthew J. Skahill</u>
                                                              MATTHEW J. SKAHILL
                                                              United States Magistrate Judge

At: Camden, New Jersey