UNITED STATES DISTRICT COURT
OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **Elaine Levins and William Levins,** *on behalf of themselves and those similarly situated,*<br><br>      vs.<br><br>**Healthcare Revenue Recovery Group, LLC, d/b/a ARS Account Resolution Services, and Jon and Jane Does 1 through 25,** | DOCKET NO. 1:17-cv-00928-CPO-MJS<br><br>CIVIL ACTION<br><br>REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS |

Request is hereby made by local counsel for *pro hac vice* electronic notifications in the with matter, and it is represented that:

1.  An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.  If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                              **MARKS, O'NEILL, O'BRIEN,**
                              **DOHERTY & KELLY, P.C.**

                              */s/ Christian M. Scheuerman*
                              Christian M. Scheuerman, Esquire
                              *Attorney for Healthcare Revenue Recovery Group, LLC*

PRO HAC VICE ATTORNEY INFORMATION:

Name:   Emily A. Sellers, Esquire
Address:   SHOOK, HARDY & BACON L.L.P.
               2555 Grand Blvd.
               Kansas City, Missouri 64108
E;mail:   esellers@shb.com