# MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.

NEW JERSEY OFFICE
*Cherry Tree Corporate Center*
*Suite 501*
*535 Route 38 East*
*Cherry Hill, NJ 08002*
*(856) 663-4300 Fax: (856) 663-4439*

www.moodklaw.com

***Jonathan R. Stuckel***
Member NJ & PA Bars
(856) 406-1319
JStuckel@moodklaw.com

June 13, 2022

**Via ECF**
Honorable Matthew J. Skahill, U.S.M.J.
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    RE: Levins v. Healthcare Revenue Recovery Group, LLC
       Docket No.: 1:17-cv-928-RBK-KMW
       Our File No.: 447-102973(SXK/CMS)

Dear Judge Skahill:

  As you know, the undersigned represents Defendant in this matter. Plaintiffs recently filed a Motion to Certify Class on June 6, 2022. (ECF 115). With consent of Plaintiffs' counsel, Philip Stern, Esq., I write to request the following briefing schedule to provide the parties with additional time:

- Defendant's opposition **due by 7/5/2022**; and
- Plaintiffs' reply **due by 7/19/2022**.

  Thank you in advance for Your Honor's consideration in this matter.

                Respectfully submitted,

                **MARKS, O'NEILL, O'BRIEN,**
                **DOHERTY & KELLY, P.C.**

                */s/ Jonathan R. Stuckel*
                Christian M. Scheuerman, Esquire
                Jonathan R. Stuckel, Esquire

SO ORDERED this  14  day of  June  20 22

/s/ Christine P. O'Hearn
**United States District Judge**

JRS/em
cc: Philip Stern, Esquire

{M0125483.1}

| Philadelphia | Pittsburgh | Westchester County | Wilmington | Towson | New York |
| Pennsylvania | Pennsylvania | New York | Delaware | Maryland | New York |