| | |
|---|---|
| **MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**<br>**Christian M. Scheuerman, Esquire**<br>Attorney I.D. 027102007<br>**Jonathan R. Stuckel, Esquire**<br>Attorney I.D. 261862018<br>535 Route 38 East<br>Suite 501<br>Cherry Hill, NJ  08002<br>(856)663-4300 | **ATTORNEYS FOR DEFENDANT**<br>**Healthcare Revenue Recovery Group, LLC** |

447-102973 (CMS/JRS)

| | |
|---|---|
| Elaine Levins and William Levins, on behalf of themselves and others similarly situated<br><br>vs.<br><br>Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services | UNITED STATES DISTRICT COURT CAMDEN VICINAGE<br><br>DOCKET NO.  1:17-cv-00928-RBK-KMW<br><br>CIVIL ACTION<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE** that on August 1, 2022, at 9:00 o'clock in the forenoon, or as soon thereafter as counsel may be heard, the undersigned, Jonathan R. Stuckel, Esq., attorney for Defendant, shall apply to the United States District

{M0152181.1}

Court for the District of New Jersey, Camden Vicinage, for an Order granting summary judgment in favor of Defendant.

**PLEASE TAKE FURTHER NOTICE,** that the movant shall rely upon the annexed Brief in support of this motion. Oral argument is requested only if opposition is timely filed with the Court.

                                **MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**

                                */s/ Jonathan R. Stuckel*
                                Christian M. Scheuerman, Esquire
                                Jonathan R. Stuckel, Esquire
                                Attorneys for Defendant,
                                Healthcare Revenue Recovery Group, LLC

**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**
Christian M. Scheuerman, Esquire
Attorney I.D. 027102007
Jonathan R. Stuckel, Esquire
Attorney I.D. 261862018
535 Route 38 East
Suite 501
Cherry Hill, NJ  08002
(856)663-4300

ATTORNEYS FOR DEFENDANT
Healthcare Revenue Recovery
Group, LLC

447-102973(CMS/JRS)

| | |
|---|---|
| Elaine Levins and William Levins, on behalf of themselves and others similarly situated<br><br>vs.<br><br>Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services | UNITED STATES DISTRICT COURT CAMDEN VICINAGE<br><br>DOCKET NO.  1:17-cv-00928-RBK-KMW<br><br>CIVIL ACTION<br><br>**DECLARATION OF COUNSEL** |

I, Jonathan R. Stuckel, Esquire, of full age, do hereby declare as follows:

1.     I am an attorney-at-law, licensed to practice in the Federal District Courts of New Jersey, the Middle District of Pennsylvania, and the Western District of Pennsylvania, and I am an associate at the law firm of Marks, O'Neill, O'Brien, Doherty & Kelly, P.C., attorneys for Defendant Healthcare Revenue Recovery Group, LLC.  I am fully familiar with the facts and circumstances of the above-captioned matter.

2.     I make this declaration based on personal knowledge.

3.     Exhibit A is a true and accurate copy of the complaint.

4.     Exhibit B is a true and accurate copy of the first amended complaint.

5. Exhibit C is a true and accurate copy of the September 26, 2017 Order and Opinion.

6. Exhibit D is a true and accurate copy of the August 22, 2018 Third Circuit Opinion.

7. Exhibit E is a true and accurate copy of Plaintiffs' Rule 26 Disclosures.

8. Exhibit F is a true and accurate copy of Plaintiffs' Responses to Defendant's Interrogatories.

9. Exhibit G is a true and accurate copy of Judge Kugler's June 15, 2020 Order denying summary judgment.

10. Exhibit H is a true and accurate copy of ARS' trade name registration.

11. Exhibit I is a true and accurate copy of excerpts from the deposition transcript of David Friedlander.

12. Exhibit J is a true and accurate copy of ARS' Interrogatory responses.

13. Exhibit K is a true and accurate copy of HRRG's "Final Notice" Sample Letter.

14. Exhibit L is a true and accurate copy of the Declaration of David Friedlander.

15. Exhibit M is a true and accurate copy of ARS' November 30, 2015 collection letter sent to Plaintiffs.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**

*/s/ Jonathan R. Stuckel*
Jonathan R. Stuckel, Esquire

{M0152181.1}

**MARKS, O'NEILL, O'BRIEN,**
**DOHERTY & KELLY, P.C.**
**Christian M. Scheuerman, Esquire**
Attorney I.D. 027102007
**Jonathan R. Stuckel, Esquire**
Attorney I.D. 261862018
535 Route 38 East
Suite 501
Cherry Hill, NJ   08002
(856)663-4300

**ATTORNEYS FOR DEFENDANT**
Healthcare Revenue Recovery Group, LLC

447-102973(CMS/JRS)

| | |
|---|---|
| Elaine Levins and William Levins, on behalf of themselves and others similarly situated<br><br>vs.<br><br>Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services | UNITED STATES DISTRICT COURT CAMDEN VICINAGE<br><br>DOCKET NO.  1:17-cv-00928-RBK-KMW<br><br>CIVIL ACTION<br><br>**PROOF OF MAILING** |

    I, Jonathan R. Stuckel, Esq., hereby declare that on the date indicated below a copy of the summary judgment motion was served on counsel for Plaintiffs via ECF.

                              **MARKS, O'NEILL, O'BRIEN,**
                              **DOHERTY & KELLY, P.C.**

                              */s/ Jonathan R. Stuckel*
                              Christian M. Scheuerman, Esquire
                              Jonathan R. Stuckel, Esquire
                              Attorneys for Defendant,
                              Healthcare Revenue Recovery Group, LLC

{M0152181.1}

Date: July 5, 2022

{M0152181.1}