**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**
**Christian M. Scheuerman, Esquire**
Attorney I.D. 027102007
**Jonathan R. Stuckel, Esquire**
Attorney I.D. 261862018
535 Route 38 East
Suite 501
Cherry Hill, NJ   08002
(856)663-4300

**ATTORNEYS FOR DEFENDANT**
**Healthcare Revenue Recovery
Group, LLC**

447-102973(CMS/JRS)

| | |
|---|---|
| Elaine Levins and William Levins, on behalf of themselves and others similarly situated<br><br>vs.<br><br>Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services | UNITED STATES DISTRICT COURT CAMDEN VICINAGE<br><br>DOCKET NO.  1:17-cv-00928-RBK-KMW<br><br>CIVIL ACTION<br><br>**ORDER** |

    THIS MATTER having been brought before the Court on the motion of Jonathan R. Stuckel, Esquire, of Marks, O'Neill, O'Brien, Doherty & Kelly, P.C., counsel for Defendant, and the Court having considered the moving papers and any response thereto, and for GOOD CAUSE SHOWN;

    IT IS on this ____ day of _____, 2020, hereby ORDERED that summary is judgment is granted and the first amended complaint is dismissed with prejudice.

                                                                                      _____
                                                                                     Hon.  Christine P. O'Hearn, U.S.D.J.