# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ELAINE LEVINS and WILLIAM LEVINS, on behalf of themselves and other similarly situated, | |
| Plaintiffs, | Civil No. 1:17-cv-00928 (RBK/KMW) |
| v. | **ORDER** |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC D/B/A ARS ACCOUNT RESOLUTION SERVICES, AND JOHN and JANE DOES 1 THROGH 25 CORRECTIONS, et al. | |
| Defendants. | |

**KUGLER**, United States District Judge:

This matter arises upon defendant Healthcare Revenue Recovery Group's motion to dismiss plaintiffs Elaine Levins and William Levins' suit for failure to state a claim upon which relief can be granted. For the reasons set forth in the accompanying opinion,

**IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED**.

Dated: __9/26/2017__                              __s/Robert B. Kugler__

ROBERT B. KUGLER

United State District Judge

1