# EXHIBIT "E"

Philip D. Stern, Esq.
Andrew T. Thomasson, Esq.
STERN•THOMASSON LLP
150 Morris Avenue, 2nd Floor
Springfield, NJ 07081
(973) 379-7500

*Attorneys for Plaintiffs, Elaine Levins and William Levins*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELAINE LEVINS and WILLIAM LEVINS, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>    *vs.*<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ARS ACCOUNT RESOLUTION SERVICES, and JOHN AND JANE DOES 1 THROUGH 25,<br><br>        Defendants. | Case 1:17-cv-00928-RBK-KMW<br><br><br><br><br><br><br><br><br><br>**PLAINTIFFS' DISCLOSURES** |

Plaintiffs, Elaine Levins and William Levins by and through counsel, in accordance with Fed.R.Civ.P. 26(1)(a), disclose:

1. "*the name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment*":

    Plaintiffs, who can be contacted through their counsel, have knowledge as to their receipt of the voice mail messages alleged in the Amended Complaint.

2. "*a copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment*":

    None.

3. "*a computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered*":

    Plaintiff does not assert any actual damages. Plaintiff asserts a claim for statutory damages in an amount as allowed by the Court pursuant to 15 U.S.C. § 1692k(a)(2)(A). If this action is certified under Fed.R.Civ.P. 23, Plaintiff asserts a claim for statutory damages on behalf of the certified class pursuant to 15 U.S.C. § 1692k(a)(2)(B).

4. "*for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment*":

    None.

Dated: December 16, 2018

STERN THOMASSON LLP
*Attorneys for Plaintiffs, Elaine Levins and William Levins*
By: *s/Philip D. Stern*
Philip D. Stern