# EXHIBIT "G"

NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

ELAINE LEVINS, WILLIAM LEVINS,
*on behalf of themselves and others similarly situated*,

Plaintiffs,

v.

HEALTHCARE REVENUE RECOVERY GROUP, LLC, d/b/a ARS ACCOUNT RESOLUTION SERVICES,

Defendant.

Civil No. 17-928 (RBK/KMW)

**ORDER**

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court on the Motion for Summary Judgement (Doc. No. 50) filed by Defendant Healthcare Revenue Recovery Group, LLC ("HRRG"); and for the reasons set forth in the accompanying Opinion of this date

**IT IS HEREBY ORDERED** that HRRG's Motion for Summary Judgment is **DENIED**.

Dated: 6/12/2020

/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge

1