# EXHIBIT "H"

*NEW JERSEY DEPARTMENT OF THE TREASURY*
*DIVISION OF REVENUE AND ENTERPRISE SERVICES*

## HEALTHCARE REVENUE RECOVERY GROUP, LLC

### 0600233404

I, the Treasurer of the State of New Jersey, do hereby certify that the above-name did on 20th day of November, 2013 file and record in the department a Certificate of Renewal of Alternate Name.

**1. BUSINESS NAME:**

HEALTHCARE REVENUE RECOVERY GROUP, LLC

**2. BUSINESS ID.:**

0600233404

**3. ALTERNATE NAME:**

ARS ACCOUNT RESOLUTION SERVICES

**4. ALTERNATE NAME IS VALID UNTIL:**

December 19, 2018

**5. ACTIVITY TO BE CONDUCTED USING ALTERNATE NAME:**

Business intend to use the name in New Jersey.



*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 20th day of November, 2013*

*Andrew P Sidamon-Eristoff*
*State Treasurer*

Certification #   130272537
Verify this certificate at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp