# EXHIBIT "K"

**HRRG**

MAIL RETURN ONLY
PO BOX 8486 · CORAL SPRINGS FL 33075-8486

**800-984-9115**
en Español 800-398-3975

August 16, 2018



HRRG ▲ 000007
SAMPLE PATIENT
APT#453
2801 NW 60TH AVE APT 453
SUNRISE FL 33313-2283

Re: 23361550 Final Notice
hrrgcollections.com
PIN# 1.23361550.504

Dear Sample Patient:

Some time ago, the health care provider(s) listed below, hired Healthcare Revenue Recovery Group, LLC (HRRG) to collect the balance shown below. Despite our collection efforts, all or at least part of your balance remains outstanding. As such, we are writing to advise you that we are evaluating this account for potential sale to a debt buyer; for placement with another collection agency; or for transfer to ARS Account Resolution Services (ARS), a division of HRRG.

HRRG has not reported this account to any credit bureaus. However, you should be aware that if the account is sold or transferred, either the new agency; the new owner; or ARS may choose to report this account as a delinquent debt to the major credit bureaus. (NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION).

We want to work with you to resolve this matter. Please call us toll free at 800-984-9115 to discuss payment on this account.

Best regards from,

Healthcare Revenue Recovery Group, LLC


(NOTICE: SEE REVERSE SIDE FOR APPLICABLE DISCLOSURES AND PAYMENT INFORMATION.)

✂ ✂

Reference #: 23361550      Total Balance: $1394.80      Amount Enclosed $_____

| Creditor | Account # | Regarding | Amt. Owed | ServDate |
|---|---|---|---|---|
| EASTSIDE HOSPITALIST | invoicetst-mrntest | SAMPLE PATIENT | 592.82 | 07/22/15 |
| INPHYNET S BROWARD | invoicetst-mrntest | SAMPLE PATIENT | 801.98 | 07/22/15 |

PO BOX 5406
CINCINNATI OH 45273-7942

**ARS 15**

1 023361550 000139480 0153910484 2 1

H7

This is an attempt to collect a debt from a debt collection agency.
Any information obtained will be used for that purpose.

**Credit Card payments will appear on your next credit card statement as "HRRG".**

For your convenience you may pay by MasterCard, VISA, American Express or Discover. Check the appropriate box, print the cardholder's name as it appears on the card, the card number, the expiration date, sign and return this portion of your statement.

**INSURANCE INFORMATION**

Insurance Company: _____

Claims Address: _____

City, State, Zip: _____

Policy Number: _____

Group Number: _____

Subscriber's Name: _____

Relationship: _____

Medicare Number: _____

**Change of Address:**

Address: _____ Apt./Unit#: _____

City: _____ State: _____ Zip: _____

CREDIT CARD PAYMENT

Please Check Appropriate Box

☐ MasterCard  ☐ VISA  ☐ American Express  ☐ Discover

CARD NUMBER

EXP. DATE                                PAYMENT AMOUNT

SIGNATURE                                PHONE NUMBER

NAME AS IT APPEARS ON CARD - PLEASE PRINT

ARS 16