**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**
**Christian M. Scheuerman, Esquire**
**Attorney I.D. 027102007**
**Jonathan R. Stuckel, Esquire**
**Attorney I.D. 261862018**
**535 Route 38 East**
**Suite 501**
**Cherry Hill, NJ   08002**
**(856)663-4300**

**ATTORNEY FOR DEFENDANT**
**Healthcare Revenue Recovery Group, LLC**

447-102973(CMS/JRS)

| | |
|---|---|
| Elaine Levins and William Levins, on behalf of themselves and others similarly situated<br><br>vs.<br><br>Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services | UNITED STATES DISTRICT COURT<br><br>DOCKET NO.  1:17-cv-928-RBK-KMW<br><br>CIVIL ACTION<br><br>**DECLARATION OF DAVID FRIEDLANDER** |

  I, David Friedlander, do hereby declare and certify under penalty of perjury as following:

  1.  I am the President of Healthcare Revenue Recovery Group, LLC ("HRRG"), and have personal knowledge about this case.

  2.  I submit this declaration in support of HRRG's motion for summary judgment.

{NJ287836.1}

3. Exhibit K, submitted in support of HRRG's Statement of Facts, is a "Final Notice" sample letter that Plaintiffs received before receiving any contact from ARS Account Resolution Services ("ARS").

4. The "Final Notice" sample letter is a form letter sent to consumers by HRRG's letter vendor.

5. HRRG does not retain the sent copies of the "Final Notice" sample letter sent to consumers.

6. However, Plaintiffs' Final Notice letter would have contained the same substantive information with the addition of their address in the "SAMPLE PATIENT" field, account number, and creditor information.

7. The Final Notice letter is sent to consumers with severely delinquent accounts and advises them that they may receive contact from ARS, a division of HRRG.

8. This Final Notice would have preceded any collection efforts by the ARS division.

9. This affidavit is made on personal knowledge and I am competent to testify on the matters stated herein.

{NJ287836.1}

Per 28 U.S.C. 1746, I hereby declare and certify under penalty of perjury that the above is true and correct.

          */s/ David M. Friedlander*
          David M. Friedlander
          President
          Healthcare Revenue Recovery Group, LLC

Dated: July 5, 2022

{NJ287836.1}