# EXHIBIT "M"



PO BOX 459079
SUNRISE FL 33345-9079

November 30, 2015



ARS ▲ 019461  Y/AABB
ELAINE LEVINS
84 LINCOLN DR
CLEMENTON NJ 08021-2856

Account Resolution Services
a division of HRRG, LLC
P.O. Box 459079
Sunrise, FL 33345-9079
Toll Free Phone 800-694-3048
En Español 800-694-3397

www.arspayment.com
PIN# 2.80864955.525

Re: 80864955 Validation Notice

Dear Elaine Levins:

The healthcare creditor(s) shown below hired ARS Account Resolution Services (ARS) to collect the balance due. We may report any outstanding balances to the major credit bureaus. To pay, just fill in your credit card information on the reverse side of this notice, or enclose your check/money order payable to the creditor, along with the payment voucher below. To pay using our automated IVR accessible 24 hours a day, call 844-PAY-ARS2 (844-729-2772) or visit our website at www.arspayment.com. Both options require the PIN # and the RE: # listed above along with the last four digits of your social security number.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. (NOTICE : SEE REVERSE FOR IMPORTANT INFORMATION).

✂                                                                    ✂

Client Account: 0411 - 44427216                                     Amount Enclosed $ _____

| Creditor | Account # | Regarding | Amt Owed | ServDate |
|---|---|---|---|---|
| ATLANTIC ER PHYS TEAM PED | 0139549982-44427216 | LEVINS,MADELINE | 169.82 | 09/02/14 |

ARS
PO BOX 630806
CINCINNATI OH 45263-0806

3 080864955 000016982 0139549982 3 8

A1

CONFIDENTIAL

ARS 04

PLEASE NOTE: This transaction will appear on your next credit card statement as "ARS".

For your convenience you may pay by MasterCard, VISA, American Express or Discover. Check the appropriate box, print the cardholder's name as it appears on the card, the card number, the expiration date, sign and return this portion of your statement.

| CREDIT CARD PAYMENT | | CHANGE OF ADDRESS |
|---|---|---|
| Please Check Appropriate Box ☐ ☐ ☐ ☐ ☐ | | Address: _____ |
| CARD NUMBER | | Apt./Unit#: _____ |
| EXP. DATE | PAYMENT AMOUNT | City: _____ |
| SIGNATURE | PHONE NUMBER | State: _____ |
| NAME AS IT APPEARS ON CARD - PLEASE PRINT | | Zip: _____ |

CONFIDENTIAL

ARS 05





This is an attempt to collect a debt and any information obtained shall be used for that purpose.
This communication is from a debt collector.

English

Home

Make A Payment

Request Paid In Full Letter

FAQs

View My Notices

Credit Report Issue

Contact Us

## Make A Payment

To make an online payment, you will need a copy of the original letter sent to you from ARS Account Resolution Services. This transaction will appear as "ARS" on your credit card statement. If you do not have this letter available, please contact our Collections department at (800) 694-3048 (For English) or (800) 694-3397 (Para Español) to obtain the information required to login to your account.

For added convenience, you can also make a payment through our Automated Payment System by calling
(844 PAY-ARS2) / 844-729-2772.

**MAKE A PAYMENT**

## Español

Inicio

Efectuar un pago

Solicitar carta de pago total

Preguntas Frecuentes

Noticias

Puntos controvertidos del informe crediticio

Contacto

*This is an attempt to collect a debt and any information obtained shall be used for that purpose. This communication is from a debt collector. Nuestro objetivo es cobrar las sumas adeudadas y toda la información recopilada se usará para tal fin. Esta comunicación la emite una entidad a cargo del cobro de deudas. Copyright © 2017 ARSPAYMENT.COM.*