*Search Results for registered entities whose name begins with ARS.*                    **Page 0**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24                    **page 1 of 29**

*Search Results for registered entities whose name begins with ARS.*          **Page 1**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24          **page 2 of 29**

*Search Results for registered entities whose name begins with ARS.*                    **Page 2**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24                    **page 3 of 29**

*Search Results for registered entities whose name begins with ARS.*          **Page 3**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24          **page 4 of 29**

*Search Results for registered entities whose name begins with ARS.*        **Page 4**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24        **page 5 of 29**

*Search Results for registered entities whose name begins with ARS.*          **Page 5**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24          **page 6 of 29**

*Search Results for registered entities whose name begins with ARS.*          **Page 6**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24          **page 7 of 29**

*Search Results for registered entities whose name begins with ARS.*          **Page 7**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24          **page 8 of 29**

*Search Results for registered entities whose name begins with ARS.*    **Page 8**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24

*Search Results for registered entities whose name begins with ARS.*  **Page 9**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24

Case 1:17-cv-00928-RBK-KMW   Document 12-1   Filed 06/05/17   Page 16 of 41 PageID: 153

*Search Results for registered entities whose name begins with ARS.*                    **Page 10**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24                    **page 11 of 29**

*Search Results for registered entities whose name begins with ARS.*          **Page 11**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24          **page 12 of 29**

*Search Results for registered entities whose name begins with ARS.*        **Page 12**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24        **page 13 of 29**

*Search Results for registered entities whose name begins with ARS.*          **Page 13**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24          **page 14 of 29**

*Search Results for registered entities whose name begins with ARS.*          **Page 14**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24          **page 15 of 29**

*Search Results for registered entities whose name begins with ARS.*          **Page 15**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24          **page 16 of 29**

*Search Results for registered entities whose name begins with ARS.*          **Page 16**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24          **page 17 of 29**

*Search Results for registered entities whose name begins with ARS.*          **Page 17**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24          **page 18 of 29**

*Search Results for registered entities whose name begins with ARS.*          **Page 18**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24          **page 19 of 29**

*Search Results for registered entities whose name begins with ARS.*          **Page 19**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24          **page 20 of 29**

*Search Results for registered entities whose name begins with ARS.*   **Page 20**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24

**page 21 of 29**

*Search Results for registered entities whose name begins with ARS.*　　　　**Page 21**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24　　　**page 22 of 29**

*Search Results for registered entities whose name begins with ARS.*        **Page 22**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24        **page 23 of 29**

*Search Results for registered entities whose name begins with ARS.*  **Page 23**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24

**page 24 of 29**

*Search Results for registered entities whose name begins with ARS.*          **Page 24**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24

*Search Results for registered entities whose name begins with ARS.*          **Page 25**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24

*Search Results for registered entities whose name begins with ARS.*          **Page 26**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24

**page 27 of 29**

*Search Results for registered entities whose name begins with ARS.*          **Page 27**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24          **page 28 of 29**

*Search Results for registered entities whose name begins with ARS.*　　　　**Page 28**



Source (accessed May 24, 2017):
https://www.njportal.com/DOR/businessrecords/EntityDocs/BusinessStatCopies.aspx

# Exhibit 24　　　**page 29 of 29**