## TERMS USED IN DEPOSITIONS

## BUSINESS NAME:

## Healthcare Revenue Recovery Group, LLC

Source: Defendant's Document Production at ARS 03:
```
1. BUSINESS NAME:
     HEALTHCARE REVENUE RECOVERY GROUP, LLC
```

## ALTERNATE NAME:

## ARS Account Resolution Services

Source: Defendant's Document Production at ARS 03:
```
3. ALTERNATE NAME:
     ARS ACCOUNT RESOLUTION SERVICES
```

## ABBREVIATION OF ALTERNATE NAME:

## ARS

Source: Defendant's response to Interrogatory No. 1:
Since then, "ARS" has always been used by the Defendant as an abbreviation for ARS Account Resolution Services.



DEPOSITION EXHIBIT D-1 10.24.19 L

*Levins v. Healthcare Revenue Recovery Group, LLC*
Case 1:17-cv-00928-RBK-KMW

Page 1 of 1

# Exhibit 2

page 1 of 1