# ARTICLES OF ORGANIZATION

# OF

# HEALTHCARE REVENUE RECOVERY GROUP, LLC

The undersigned, pursuant to the provisions of Chapter 608 of the Florida Statutes, for the purpose of forming a limited liability company under the laws of the State of Florida, hereby adopts the following Articles of Organization.

## ARTICLE I – NAME

The name of the limited liability company is Healthcare Revenue Recovery Group, LLC (the "Company").

## ARTICLE II – ADDRESS

The mailing address and the street address of the principal office of the Company is:

1801 NW 66th Avenue
Suite 200A
Plantation, FL 33313

## ARTICLE III – REGISTERED AGENT AND ADDRESS

The name of the Registered Agent for the Company is Corporation Service Company and its street address is as follows:

1201 Hays Street
Tallahassee, Florida 32301-2525

## ARTICLE IV – MANAGEMENT

The Company shall be managed by one or more managers and is, therefore, a manager-managed company.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Organization on this 20th day of December, 2004

John R. [illegible]

DEPOSITION EXHIBIT D-2 10/24/21
PENGAD 800-631-6989

## STATEMENT OF ACCEPTANCE OF REGISTERED AGENT

The undersigned, being the corporation named in the Articles of Organization of Healthcare Revenue Recovery Group, LLC, as the Registered Agent of this limited liability company, hereby consents to and accepts the appointment as Registered Agent of the Company and agrees to act in such capacity. The undersigned further agrees to company with the provisions of all statutes relating to the proper and complete performance of the undersigned's duties as Registered Agent. The undersigned states that it is familiar with and accepts the responsibilities and obligations of the position as the Registered Agent of the Company, as provided for in Chapter 608, Florida Statutes.

Corporation Service Company

By [signature]
Its: Cynthia L. Harris
as its agent

CONFIDENTIAL

ARS 02

Exhibit 3

*NEW JERSEY DEPARTMENT OF THE TREASURY*
*DIVISION OF REVENUE AND ENTERPRISE SERVICES*

HEALTHCARE REVENUE RECOVERY GROUP, LLC

0600233404

I, the Treasurer of the State of New Jersey, do hereby certify that the above-name did on 20th day of November, 2013 file and record in the department a Certificate of Renewal of Alternate Name.

1. BUSINESS NAME:

   HEALTHCARE REVENUE RECOVERY GROUP, LLC

2. BUSINESS ID.:

   0600233404

3. ALTERNATE NAME:

   ARS ACCOUNT RESOLUTION SERVICES

4. ALTERNATE NAME IS VALID UNTIL:

   December 19, 2018

5. ACTIVITY TO BE CONDUCTED USING ALTERNATE NAME:

   Business intend to use the name in New Jersey.

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 20th day of November, 2013*

*Andrew P Sidamon-Eristoff*
*State Treasurer*

Certification # 130272537
Verify this certificate at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

CONFIDENTIAL

ARS 03

Exhibit 3

ARS
PO BOX 459079
SUNRISE FL 33345-9079

Account Resolution Services
a division of HRRG, LLC
P.O. Box 459079
Sunrise, FL 33345-9079
Toll Free Phone 800-694-3048
En Español 800-694-3397

November 30, 2015

ARS ▲ 0 1 9 4 6 1 Y/AABB
ELAINE LEVINS
84 LINCOLN DR
CLEMENTON NJ 08021-2856

www.arspayment.com
PIN# 2.80864955.525

Re: 80864955 Validation Notice

Dear Elaine Levins:

The healthcare creditor(s) shown below hired ARS Account Resolution Services (ARS) to collect the balance due. We may report any outstanding balances to the major credit bureaus. To pay, just fill in your credit card information on the reverse side of this notice, or enclose your check/money order payable to the creditor, along with the payment voucher below. To pay using our automated IVR accessible 24 hours a day, call 844-PAY-ARS2 (844-729-2772) or visit our website at www.arspayment.com. Both options require the PIN # and the RE: # listed above along with the last four digits of your social security number.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. (NOTICE : SEE REVERSE FOR IMPORTANT INFORMATION).

✂ ✂

Client Account: 0411 - 44427216

Amount Enclosed $__

| Creditor | Account # | Regarding | Amt Owed | ServDate |
|---|---|---|---|---|
| REDACTED | 0139549982-44427216 | LEVINS REDACTED | 169.82 | 09/02/14 |

ARS
PO BOX 630806
CINCINNATI OH 45263-0806

3 080864955 000016982 0139549982 3 8

CONFIDENTIAL

ARS 04

Exhibit 3

**PLEASE NOTE:** This transaction will appear on your next credit card statement as "ARS"

For your con[illegible] you may [illegible] MasterCard, VISA, American Ex[illegible]s or Discover. Check the appropriate box, print the cardholder's name as it appears on [illegible], the card num[illegible], the expiration date, [illegible] and return this portion of your statement.

**CREDIT CARD PAYMENT**

Please Check Appropriate Box

☐ ☐ ☐ ☐

CARD NUMBER

EXP. DATE

PAYMENT AMOUNT

SIGNATURE

PHONE NUMBER

NAME AS IT APPEARS ON CARD - PLEASE PRINT

**CHANGE OF ADDRESS**

Address:

Apt./Unit#:

City:

State:

Zip:

CONFIDENTIAL

ARS 05

Exhibit 3

Payment Request FAQs Notices Contact Inicio




This is an attempt to collect a debt and any information obtained shall be used for that purpose.
This communication is from a debt collector.

## Make A Payment

To make an online payment, you will need a copy of the original letter sent to you from ARS Account Resolution Services. This transaction will appear as "ARS" on your credit card statement. If you do not have this letter available, please contact our Collections department at (800) 694-3048 (For English) or (800) 664-3397 (Para Español) to obtain the information required to login to your account.

For added convenience, you can also make a payment through our Automated Payment System by calling
(844 PAY-ARS2) / 844-729-2772.

MAKE A PAYMENT

### English

- Home
- Make A Payment
- Request Paid In Full Letter
- FAQs
- View My Notices
- Credit Report Issue
- Contact Us

### Español

- Inicio
- Efectuar un pago
- Solicitar carta de pago total
- Preguntas Frecuentes
- Noticias
- Puntos controvertidos del informe crediticio
- Contacto

***This is an attempt to collect a debt and any information obtained shall be used for that purpose. This communication is from a debt collector. Nuestro objetivo es cobrar las sumas adeudadas y toda la información recopilada se usará para tal fin. Esta comunicación la emite una entidad a cargo del cobro de deudas.*** ***Copyright © 2017 ARSPAYMENT.COM.***



CONFIDENTIAL



Exhibit 3

```
02/17/17                    ACCOUNT RESOLUTION SERVICES                                   PAGE 1
10:33 AM  PJB                        SELECTED
-----------------------------------------------------------------------------------------------------
COLLECTOR        HSE - 0    HOUSE ROUTE

STATUS           Acct:80864955    Disposition:3ATY REPRESENTED BY ATTNY        Wait: 02/17/17

DEBTOR           Name:LEVINS REDACTED                  Ssn:REDACTED   Cbr:   Ph:856-REDACTED
                   Rp:LEVINS,ELAINE                    Ssn:REDACTED          Rp Ph:
                 Adr1:84 LINCOLN DR                            Lgl:     POE Ph:856-REDACTED
                 Adr2:                                         Freq:          Pay:       0.00
                 City:CLEMENTON          Cty:CLEMENTON         Canc:          Born:REDACTED
                   St: NJ  Zip:08021       St: NJ  Zip:08021   COF:N          Sal:

                 Clnt:004610 ATLANTIC ER PHYS TEAM PED, TURNERSVILLE NJ, 0139549982-44427216     Org:   169.82
                 List:11/24/15 Srv:09/02/14 Ltrs:1   Time:5   Calls:67  Con:0  Bal:   169.82

MULTIPLE ACCOUNTS
RM# Acct      Name / Client    Chk# / Lst   Srv      Lpy   Col Disp      Bal     Check Reason        Drivers License #
      PRN      INT      LI3      LI4     AIN     CC     ATY      MS1     PJI
1   80864955* LEVINS REDACTED
0139549982-44427216/004610/ATLA  11/24/15 09/02/14         HSE 3ATY      169.82
   169.82     0.00     0.00     0.00     0.00     0.00    0.00     0.00    0.00

PAYMENTS No payments.

NOTES                      GAP 11/24/15  9:48P Created a Link request using Service Type ARSWEBREC et
                           GAP 11/24/15  9:48P PRESCRUB index 191138373 (A-80864955)
                           GAP 11/24/15  9:48P Updated udw 510,18 with 11/24/2015 et PRESCRUB index
                           GAP 11/24/15  9:48P 191138374 (A-80864955)
                           GAP 11/24/15  9:48P WEBRECON REQUEST et PRESCRUB index 191138375
                           GAP 11/24/15  9:48P WR (ARSWEBREC) Created skiptrace request for 'DEBTOR'
                           GAP 11/24/15  9:48P window 2 (TID #9289486).
                           GAP 11/25/15  8:44  hrg SYS 09/17/14 12:00M IN FC 03134 NJ BCBS EA-5010 FORM
                           GAP 11/25/15  8:44  PREPARED
                           GAP 11/25/15  8:44  hrg SYS 10/28/14 12:00M IN FC BS OF NEW JERSEY TO 6567
                           GAP 11/25/15  8:44  40902
                           GAP 11/25/15  8:44  hrg SYS 10/28/14 12:00M IN FC HORIZON BCBS OF NJ AD TO 534
                           GAP 11/25/15  8:44  hrg SYS 11/26/14 12:00M IN FC SELF PAY AFTER INSURA TO 10
                           GAP 11/25/15  8:44  hrg SYS 01/24/15 12:00M IN FC CREDIT LETTER SENT TO 994
                           GAP 11/25/15  8:44  hrg SYS 01/26/15 12:59P BS CC
                           GAP 11/25/15  8:44  hrg -CB 01/27/15 7:56 SN A
                           GAP 11/25/15  8:44  hrg SYS 01/28/15 3:57 CC CC
                           GAP 11/25/15  8:44  hrg SYS 01/28/15 4:30 CC MI
                           GAP 11/25/15  8:44  hrg SYS 02/10/15 11:14 TR NA CMP01
                           GAP 11/25/15  8:44  hrg SYS 02/14/15 10:47 TR NA CMP01
                           GAP 11/25/15  8:44  hrg SYS 02/18/15 11:34 TR NA CMP01
                           GAP 11/25/15  8:44  hrg SYS 02/23/15 9:25 TR NA
                           GAP 11/25/15  8:44  hrg -CB 03/03/15 8:21 SN B
```

ARS 07

CONFIDENTIAL

Exhibit 3

ARS 08

```
GAP 11/25/15  8:44  hrg SYS 03/03/15 6:49P TR NA CMP01
GAP 11/25/15  8:44  hrg SYS 03/09/15 12:51P TR NA CMP01
GAP 11/25/15  8:44  hrg SYS 03/13/15 11:29 TR NA CMP01
GAP 11/25/15  8:44  hrg SYS 03/18/15 9:12 TR NA
GAP 11/25/15  8:44  hrg SYS 03/26/15 10:13 TR NA
GAP 11/25/15  8:44  hrg gc 07/24/15 11:26 res 856-566-1979 Left Msg Answering
GAP 11/25/15  8:44  Machine
GAP 11/25/15  8:44  hrg gc 07/24/15 11:26 3000 Active Account (11) Answering
GAP 11/25/15  8:44  hrg nje 07/28/15 11:30P Letter #7 Final Notice - S
GAP 11/25/15  8:44  requested et OLDLT7 index
GAP 11/25/15  8:44  hrg nje 07/28/15 11:30P 189323068 1
GAP 11/25/15  8:44  hrg nje 07/28/15 11:30P LTR 7 (FORMER S NTC) SENT et OLDLT7
GAP 11/25/15  8:44  index 189323070
GAP 11/25/15  8:44  hrg nje 07/28/15 11:30P LTR 7(S) Sent on Route.This acct
GAP 11/25/15  8:44  included on 7(S) Notice.
GAP 11/25/15  8:44  hrg nje 07/28/15 11:30P et OLDLT7 index 189323071
GAP 11/25/15  8:44  hrg JZM 07/29/15 8:48 Letter #7 Final Notice - S sent
GAP 11/25/15  8:44  hrg JZM 07/29/15 9:04 enDO NORDRECM changed DU20114 from to
GAP 11/25/15  8:44  072915
GAP 11/25/15  8:44  hrg gc 09/09/15 10:58 res 856-566-1979 Left Msg Answering
GAP 11/25/15  8:44  hrg gc 09/09/15 10:58 3000 Active Account (11) Answering
GAP 11/25/15  8:44  hrg gc 10/01/15 2:22P res 856-566-1979 Left Msg Answering
GAP 11/25/15  8:44  hrg gc 10/01/15 2:22P 3000 Active Account (11) Answering
GAP 11/25/15  8:44  hrg gc 10/28/15 9:27 res 856-566-1979 Left Msg Answering
GAP 11/25/15  8:44  hrg gc 10/28/15 9:27 3000 Active Account (11) Answering
GAP 11/25/15  8:44  hrg gc 11/09/15 8:55 res 856-566-1979 Left Msg Answering
GAP 11/25/15  8:44  hrg gc 11/09/15 8:55 3000 Active Account (11) Answering
GAP 11/25/15  8:44  hrg OXH 11/11/15 10:42 Stopped 0 letters et return14 index
GAP 11/25/15  8:44  256622346
GAP 11/25/15  8:44  hrg OXH 11/11/15 10:42 Untied account from route 2784932 et
GAP 11/25/15  8:44  return14 index
GAP 11/25/15  8:44  hrg OXH 11/11/15 10:42 256622347 (A-2784932)
GAP 11/25/15  8:44  hrg OXH 11/11/15 10:42 0900 REQUEST TO CANCEL set c.c. 14
GAP 11/25/15  8:44  w/ovrde N et return14
GAP 11/25/15  8:44  hrg OXH 11/11/15 10:42 index 256622351
GAP 11/25/15  8:44  hrg OXH 11/11/15 10:42 Transferred to collector AEE et
GAP 11/25/15  8:44  return14 index 256622352
GAP 11/25/15  8:44  hrg OXH 11/11/15 10:42 (R-2784932)
GAP 11/25/15  8:44  hrg OXH 11/11/15 10:42 Placement period ended.Code 14
GAP 11/25/15  8:44  Cancel to IDX.Await et
GAP 11/25/15  8:44  hrg OXH 11/11/15 10:42 return14 index 256622353
GAP 11/25/15  8:44  hrg OXH 11/11/15 10:42 Await data from client to show 2ndry
GAP 11/25/15  8:44  Agency et return14
GAP 11/25/15  8:44  hrg OXH 11/11/15 10:42 index 256622354
GAP 11/25/15  8:44  hrg OXH 11/24/15 9:04 enDI CANCELCH changed DU20122 from 14
GAP 11/25/15  8:44  to ARS
GAP 11/25/15  8:44  hrg OXH 11/24/15 9:04 Untied account from route 2784932
GAP 11/25/15  8:44  enDI CANCELCH
GAP 11/25/15  8:44  hrg OXH 11/24/15 9:04 9000 CANCEL enDI CANCELCH
GAP 11/25/15 10:39  2500 REQUESTING INFO et DS2000 index 194038492
```

CONFIDENTIAL

```
GAP 11/25/15  2:34P enDI MEDLYTIX changed ESSCORE from  to 950
GAP 11/25/15  2:34P enDI MEDLYTIX changed DU30001 from 850 to 950
GAP 11/25/15  2:34P enDI MEDLYTIX changed DU51005 from  to 11252015
GAP 11/25/15  2:34P 2501 Info Ret from Medlyt enDI MEDLYTIX
GAP 11/25/15  3:46P WR (ARSWEBREC) Received skiptrace results for 'DEBTOR'
GAP 11/25/15  3:46P window 2 (TID #9289486).
GAP 11/25/15  3:46P Updated udw 510,19 with 11/25/2015 et WEBRECNOHT index
GAP 11/25/15  3:46P 194420468 (A-80864955)
GAP 11/25/15  3:46P WEBRECON NO HIT et WEBRECNOHT index 194420469
GAP 11/30/15  8:59  Letter series #1 started et 950 index 207464489
GAP 11/30/15  8:59  Letter #1 AR-A Validation Notice requested et 950 1
GAP 11/30/15  8:59  Updated udw 894,4 with lb BATCH1 et 950 index 207464490
GAP 11/30/15  8:59  (A-80864955)
GAP 11/30/15  8:59  Updated udw 894,5 with 12/12/2015 et 950 index 207464491
GAP 11/30/15  9:21  Letter #1 AR-A Validation Notice sent
GAP 11/30/15  9:21  Set tie parameters to Y,Y,Y et p3000H index 207625626
GAP 11/30/15  9:21  (A-80864955)
GAP 11/30/15  9:21  Set assignment parameters to HSU,,,0 et p3000H index
GAP 11/30/15  9:21  207625627 (A-80864955)
GAP 11/30/15  9:21  3000 BEGIN REG COLLECT et SUCCLS index 207625625
GAP 11/30/15  9:21  This user has no route. et SUCCLS index 207625628
GAP 11/30/15  9:21  (R-80864955)
GAP 11/30/15  9:43  enDO NORDRECM changed DU20114 from  to 113015
gc  12/10/15  3:37P res 856-566-1979 Left Msg Answering Machine
gc  12/10/15  3:37P 3000 BEGIN REG COLLECT Answering Machine
gc  12/14/15  7:05P res 856-566-1979 Left Msg Answering Machine
gc  12/14/15  7:05P 3000 BEGIN REG COLLECT Answering Machine
gc  12/23/15 10:59  res 856-566-1979 Left Msg Answering Machine
gc  12/23/15 10:59  3000 BEGIN REG COLLECT Answering Machine
gc  01/07/16  3:49P res 856-566-1979 Left Msg Answering Machine
gc  01/07/16  3:49P 3000 BEGIN REG COLLECT Answering Machine
gc  02/11/16  5:26P res 856-566-1979 Left Msg Answering Machine
gc  02/11/16  5:26P 3000 BEGIN REG COLLECT Answering Machine
gc  02/17/16  9:34  res 856-566-1979 Left Msg Answering Machine
gc  02/17/16  9:34  3000 BEGIN REG COLLECT Answering Machine
gc  02/20/16  8:57  res 856-566-1979 Left Msg Answering Machine
gc  02/20/16  8:57  3000 BEGIN REG COLLECT Answering Machine
gc  02/24/16  1:12P res 856-566-1979 Left Msg Answering Machine
gc  02/24/16  1:12P 3000 BEGIN REG COLLECT Answering Machine
gc  03/02/16  8:54  res 856-566-1979 Left Msg Answering Machine
gc  03/02/16  8:54  3000 BEGIN REG COLLECT Answering Machine
gc  03/08/16  9:59  res 856-566-1979 Left Msg Answering Machine
gc  03/08/16  9:59  3000 BEGIN REG COLLECT Answering Machine
gc  03/11/16  4:36P res 856-566-1979 Left Msg Answering Machine
gc  03/11/16  4:36P 3000 BEGIN REG COLLECT Answering Machine
gc  03/16/16 11:19  res 856-566-1979 Left Msg Answering Machine
gc  03/16/16 11:19  3000 BEGIN REG COLLECT Answering Machine
gc  03/19/16  9:23  res 856-566-1979 Left Msg Answering Machine
gc  03/19/16  9:23  3000 BEGIN REG COLLECT Answering Machine
gc  03/22/16  3:10P res 856-566-1979 Left Msg Answering Machine
```

ARS 09

CONFIDENTIAL

02/17/17
10:33 AM PJB

ACCOUNT RESOLUTION SERVICES
SELECTED

PAGE 4

```
gc  03/22/16  3:10P 3000 BEGIN REG COLLECT Answering Machine
gc  03/25/16  2:44P res 856-566-1979 Left Msg Answering Machine
gc  03/25/16  2:44P 3000 BEGIN REG COLLECT Answering Machine
gc  03/29/16  3:01P res 856-566-1979 Left Msg Answering Machine
gc  03/29/16  3:01P 3000 BEGIN REG COLLECT Answering Machine
gc  04/01/16  9:18  res 856-566-1979 Left Msg Answering Machine
gc  04/01/16  9:18  3000 BEGIN REG COLLECT Answering Machine
gc  04/04/16  6:05P res 856-566-1979 Left Msg Answering Machine
gc  04/04/16  6:05P 3000 BEGIN REG COLLECT Answering Machine
gc  04/07/16  7:28P res 856-566-1979 Left Msg Answering Machine
gc  04/07/16  7:28P 3000 BEGIN REG COLLECT Answering Machine
gc  04/13/16  2:21P res 856-566-1979 Left Msg Answering Machine
gc  04/13/16  2:21P 3000 BEGIN REG COLLECT Answering Machine
gc  04/16/16 12:23P res 856-566-1979 Left Msg Answering Machine
gc  04/16/16 12:23P 3000 BEGIN REG COLLECT Answering Machine
gc  04/20/16  2:15P res 856-566-1979 Left Msg Answering Machine
gc  04/20/16  2:15P 3000 BEGIN REG COLLECT Answering Machine
gc  04/26/16  7:36P res 856-566-1979 Left Msg Answering Machine
gc  04/26/16  7:36P 3000 BEGIN REG COLLECT Answering Machine
gc  04/29/16  9:44  res 856-566-1979 Left Msg Answering Machine
gc  04/29/16  9:44  3000 BEGIN REG COLLECT Answering Machine
gc  05/04/16  8:57  res 856-566-1979 Left Msg Answering Machine
gc  05/04/16  8:57  3000 BEGIN REG COLLECT Answering Machine
gc  05/11/16  9:45  res 856-566-1979 Left Msg Answering Machine
gc  05/11/16  9:45  3000 BEGIN REG COLLECT Answering Machine
gc  05/18/16  3:47P res 856-566-1979 Left Msg Answering Machine
gc  05/18/16  3:47P 3000 BEGIN REG COLLECT Answering Machine
gc  05/25/16  6:00P res 856-566-1979 Left Msg Answering Machine
gc  05/25/16  6:00P 3000 BEGIN REG COLLECT Answering Machine
gc  06/02/16 10:06  res 856-566-1979 Left Msg Answering Machine
gc  06/02/16 10:06  3000 BEGIN REG COLLECT Answering Machine
gc  06/14/16  3:58P res 856-566-1979 Left Msg Answering Machine
gc  06/14/16  3:58P 3000 BEGIN REG COLLECT Answering Machine
gc  06/21/16  7:31P res 856-566-1979 Left Msg Answering Machine
gc  06/21/16  7:31P 3000 BEGIN REG COLLECT Answering Machine
gc  06/30/16  5:04P res 856-566-1979 Left Msg Answering Machine
gc  06/30/16  5:04P 3000 BEGIN REG COLLECT Answering Machine
gc  07/13/16  7:33P res 856-566-1979 Left Msg Answering Machine
gc  07/13/16  7:33P 3000 BEGIN REG COLLECT Answering Machine
gc  07/19/16  7:49P res 856-566-1979 Left Msg Answering Machine
gc  07/19/16  7:49P 3000 BEGIN REG COLLECT Answering Machine
gc  07/27/16  8:44  res 856-566-1979 Left Msg Answering Machine
gc  07/27/16  8:44  3000 BEGIN REG COLLECT Answering Machine
gc  08/03/16  8:52  res 856-566-1979 Left Msg Answering Machine
gc  08/03/16  8:52  3000 BEGIN REG COLLECT Answering Machine
gc  08/09/16  5:24P res 856-566-1979 Left Msg Answering Machine
gc  08/09/16  5:24P 3000 BEGIN REG COLLECT Answering Machine
gc  08/17/16  4:39P res 856-566-1979 Left Msg Answering Machine
gc  08/17/16  4:39P 3000 BEGIN REG COLLECT Answering Machine
gc  08/23/16  6:34P res 856-566-1979 Left Msg Answering Machine
```

CONFIDENTIAL

ARS 10

```
gc  08/23/16  6:34P 3000 BEGIN REG COLLECT Answering Machine
gc  08/30/16  2:50P res 856-566-1979 Left Msg Answering Machine
gc  08/30/16  2:50P 3000 BEGIN REG COLLECT Answering Machine
gc  09/02/16 11:05  res 856-566-1979 Left Msg Answering Machine
gc  09/02/16 11:05  3000 BEGIN REG COLLECT Answering Machine
PJB 09/03/16 10:30P Created a Link request using Service Type ARSBANKOADD et
PJB 09/03/16 10:30P BANKOMONDD index 691191925 (A-80864955)
PJB 09/03/16 10:30P Updated udw 510,1 with 09/03/2016 et BANKOMONDD index
PJB 09/03/16 10:30P 691191926 (A-80864955)
PJB 09/03/16 10:30P BANKO REQUEST et BANKOMONDD index 691191927
PJB 09/03/16 10:30P LN (ARSBANKOADD) Created skiptrace request for 'DEMO'
PJB 09/03/16 10:30P window 2 (TID #25870019).
gc  09/07/16  7:46P res 856-566-1979 Left Msg Answering Machine
gc  09/07/16  7:46P 3000 BEGIN REG COLLECT Answering Machine
gc  09/13/16  7:14P res 856-566-1979 Left Msg Answering Machine
gc  09/13/16  7:14P 3000 BEGIN REG COLLECT Answering Machine
PJB 09/15/16 10:28P LN (ARSBANKOADD) Received skiptrace results for 'DEMO'
PJB 09/15/16 10:28P window 2 (TID #25870019).
PJB 09/15/16 10:28P BANKO RETURNED NO HIT et BANKONOHIT index 718053965
PJB 09/15/16 10:28P Updated udw 510,2 with 09/15/2016 et BANKONOHIT index
PJB 09/15/16 10:28P 718053967 (A-80864955)
gc  09/20/16  5:20P res 856-566-1979 Left Msg Answering Machine
gc  09/20/16  5:20P 3000 BEGIN REG COLLECT Answering Machine
gc  09/23/16  9:28  res 856-566-1979 Left Msg Answering Machine
gc  09/23/16  9:28  3000 BEGIN REG COLLECT Answering Machine
gc  09/27/16  5:15P res 856-566-1979 Left Msg Answering Machine
gc  09/27/16  5:15P 3000 BEGIN REG COLLECT Answering Machine
gc  09/30/16  4:39P res 856-566-1979 Left Msg Answering Machine
gc  09/30/16  4:39P 3000 BEGIN REG COLLECT Answering Machine
gc  10/11/16  1:49P res 856-566-1979 Left Msg Answering Machine
gc  10/11/16  1:49P 3000 BEGIN REG COLLECT Answering Machine
gc  10/14/16  9:40  res 856-566-1979 Left Msg Answering Machine
gc  10/14/16  9:40  3000 BEGIN REG COLLECT Answering Machine
gc  10/19/16  1:52P res 856-566-1979 Left Msg Answering Machine
gc  10/19/16  1:52P 3000 BEGIN REG COLLECT Answering Machine
gc  10/24/16  3:11P res 856-566-1979 Left Msg Answering Machine
gc  10/24/16  3:11P 3000 BEGIN REG COLLECT Answering Machine
gc  10/27/16 10:27  res 856-566-1979 Left Msg Answering Machine
gc  10/27/16 10:27  3000 BEGIN REG COLLECT Answering Machine
gc  11/04/16  9:32  res 856-566-1979 Left Msg Answering Machine
gc  11/04/16  9:32  3000 BEGIN REG COLLECT Answering Machine
gc  11/11/16  3:20P res 856-566-1979 Left Msg Answering Machine
gc  11/11/16  3:20P 3000 BEGIN REG COLLECT Answering Machine
gc  11/17/16 11:18  res 856-566-1979 Left Msg Answering Machine
gc  11/17/16 11:18  3000 BEGIN REG COLLECT Answering Machine
gc  11/23/16 10:14  res 856-566-1979 Left Msg Answering Machine
gc  11/23/16 10:14  3000 BEGIN REG COLLECT Answering Machine
gc  12/01/16  2:31P res 856-566-1979 Left Msg Answering Machine
gc  12/01/16  2:31P 3000 BEGIN REG COLLECT Answering Machine
gc  12/07/16  6:07P res 856-566-1979 Left Msg Answering Machine
```

ARS-11

CONFIDENTIAL

02/17/17
10:33 AM PJB

ACCOUNT RESOLUTION SERVICES
SELECTED

PAGE 6

```
gc  12/07/16  6:07P 3000 BEGIN REG COLLECT Answering Machine
gc  12/13/16  6:41P res 856-566-1979 Left Msg Answering Machine
gc  12/13/16  6:41P 3000 BEGIN REG COLLECT Answering Machine
gc  12/21/16  1:37P res 856-566-1979 Left Msg Answering Machine
gc  12/21/16  1:37P 3000 BEGIN REG COLLECT Answering Machine
gc  12/29/16  1:25P res 856-566-1979 Left Msg Answering Machine
gc  12/29/16  1:25P 3000 BEGIN REG COLLECT Answering Machine
gc  01/06/17  4:29P res 856-566-1979 Left Msg Answering Machine
gc  01/06/17  4:29P 3000 BEGIN REG COLLECT Answering Machine
gc  01/11/17  5:40P res 856-566-1979 Left Msg Answering Machine
gc  01/11/17  5:40P 3000 BEGIN REG COLLECT Answering Machine
gc  01/19/17  8:55  res 856-566-1979 Left Msg Answering Machine
gc  01/19/17  8:55  3000 BEGIN REG COLLECT Answering Machine
gc  02/07/17  1:25P res 856-566-1979 AM NO MSG LEFT
gc  02/07/17  1:25P 3000 BEGIN REG COLLECT Answering Machine
PJB 02/10/17  6:13P SoL Date changed from blank to 09/02/2024.
PJB 02/10/17  6:13P SoL Date changed from 09/02/2024 to 09/02/2020.
PJB 02/17/17 10:32  Changed wait date to 02/17/17 et 3ATY index 844966190
PJB 02/17/17 10:32  (R-80864955)
PJB 02/17/17 10:32  Transferred to collector HSE et 3ATY index 844966191
PJB 02/17/17 10:32  (R-80864955)
PJB 02/17/17 10:32  Stopped 0 letters et 3ATY index 844966192
PJB 02/17/17 10:32  3ATY REPRESENTED BY ATTNY et WIN22 index 844966189
PJB 02/17/17 10:32  DBPF value changed to ! et WIN22 index 844966193
PJB 02/17/17 10:32  (A-80864955)
```

** END OF REPORT **

ARS 12

CONFIDENTIAL

Exhibit 3