```
ELAINE LEVINS                                        August 02, 2019
LEVINS vs HEALTHCARE REVENUE RECOVERY                               1
```

```
 1              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
 2            CASE NO.  1:17-CV-00928-RBK-KMW

 3

 4   ELAINE LEVINS and WILLIAM LEVINS,
     on behalf of themselves and others
 5   similarly situated,

 6            Plaintiff(s),

 7       vs.

 8   HEALTHCARE REVENUE RECOVERY GROUP,
     LLC, d/b/a ARS ACCOUNT RESOLUTION
 9   SERVICES,

10            Defendant(s).

11   _____

12          DEPOSITION UNDER ORAL EXAMINATION OF

13                    ELAINE LEVINS

14           DATE:  August 2, 2019

15       REPORTED BY:  MICHAEL FRIEDMAN, CCR

16

17

18

19

20

21

22
              ESQUIRE DEPOSITION SOLUTIONS, LLC
23             1384 Broadway - 22nd Floor
                New York, New York  10018
24                   (212) 687-2010

25   JOB  #  J 4202544
```



800.211.DEPO (3376)
EsquireSolutions.com

# Exhibit 14

page 1 of 2

```
ELAINE LEVINS                                    August 02, 2019
LEVINS vs HEALTHCARE REVENUE RECOVERY                         37

 1        Q    Sends, I'm sorry.
 2             MR. STERN:  Still the same
 3   objection.
 4        A    I'm sorry, I'm not sure.
 5        Q    Have you ever seen -- I will
 6   rephrase.
 7             Have you ever seen a letter from
 8   the defendant?
 9        A    Only since this case started.
10        Q    Okay.  And what letter did you see?
11        A    I saw a letter -- it was a
12   collection letter, but I don't --
13        Q    Was it addressed to you?
14        A    Yes.
15        Q    Okay.  And did the letter that you
16   saw in this case contain, quotation marks,
17   ARS, closed quotation marks, anywhere on the
18   letter?
19        A    I believe it did.
20        Q    And I'm correct it was on the upper
21   left-hand corner of the letter?
22        A    I believe so.
23        Q    Okay.  And I'm correct it was also
24   on the bottom of the letter?
25        A    I'm not certain.
```



*800.211.DEPO (3376)*
*EsquireSolutions.com*

# Exhibit 14

page 2 of 2