| | |
|---|---|
| WILLIAM LEVINS | August 02, 2019 |
| LEVINS vs HEALTHCARE REVENUE RECOVERY | 1 |

```
 1            UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
 2            CASE NO.  1:17-CV-00928-RBK-KMW

 3

 4   ELAINE LEVINS and WILLIAM LEVINS,
     on behalf of themselves and others
 5   similarly situated,

 6           Plaintiff(s),

 7       vs.

 8   HEALTHCARE REVENUE RECOVERY GROUP,
     LLC, d/b/a ARS ACCOUNT RESOLUTION
 9   SERVICES,

10           Defendant(s).

11   _____

12          DEPOSITION UNDER ORAL EXAMINATION OF

13                    WILLIAM LEVINS

14             DATE:  August 2, 2019

15        REPORTED BY:  MICHAEL FRIEDMAN, CCR

16

17

18

19

20

21

22
              ESQUIRE DEPOSITION SOLUTIONS, LLC
23              1384 Broadway - 22nd Floor
                New York, New York  10018
24                   (212) 687-2010

25   JOB  #  J 4202544
```



800.211.DEPO (3376)
EsquireSolutions.com

# Exhibit 15

page 1 of 3

```
WILLIAM LEVINS                                      August 02, 2019
LEVINS vs HEALTHCARE REVENUE RECOVERY                            11

 1        Q    And do you have any knowledge of
 2   what abbreviation, if any, ARS Account
 3   Resolution Services, uses?
 4        A    No.
 5        Q    Do you have any knowledge one way
 6   or the other what appears on a credit card
 7   statement if a payment is made to ARS Account
 8   Resolution Services?
 9             MR. STERN:  Objection to the form.
10        A    Can you repeat that?
11        Q    Sure.  Do you have any idea what
12   appears on your credit card statement if you
13   make a payment to ARS Account Resolution
14   Services?
15             MR. STERN:  Same objection.
16        A    I have no idea how to answer that.
17   It's pretty confusing.
18        Q    Okay.  Have you ever made a payment
19   to defendant?
20        A    Not -- what defendant, ARS?  The
21   Account Resolution Services?
22        Q    Yes.
23        A    I have no idea.
24        Q    Okay.  And have you ever received a
25   collection letter from the defendant?
```



800.211.DEPO (3376)
EsquireSolutions.com

# Exhibit 15           page 2 of 3

```
WILLIAM LEVINS                                August 02, 2019
LEVINS vs HEALTHCARE REVENUE RECOVERY                      12
```

 1    A    I couldn't actually answer that.
 2         Don't know.
 3    Q    Okay.  Do you know how -- strike
 4  that.
 5         Do you know what name ARS Account
 6  Resolution Services uses when it has
 7  communications with the public?
 8    A    I do not.
 9    Q    Okay.
10    A    I would assume it would be Account
11  Resolution Services.
12    Q    What is the basis for that
13  assumption?
14    A    You repeated it multiple times.
15    Q    Other than me repeating it multiple
16  times, what is the basis for that assumption?
17         MR. STERN:  Asked and answered.
18         MR. FRISCHBERG:  Asked and
19     answered.
20         MR. STERN:  You asked him the
21     question, he answered --
22         MR. SCHEUERMAN:  He can still
23     answer.
24    Q    Other than me repeating it -- it's
25  a different question.

