In the Matter Of:

## LEVINS vs HEALTHCARE REVENUE RECOVERY

1:17-CV-00928-RBK-KMW

## ELAINE LEVINS

*August 02, 2019*



800.211.DEPO (3376)
EsquireSolutions.com

```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW JERSEY
             CASE NO.  1:17-CV-00928-RBK-KMW


ELAINE LEVINS and WILLIAM LEVINS,
on behalf of themselves and others
similarly situated,

        Plaintiff(s),

    vs.

HEALTHCARE REVENUE RECOVERY GROUP,
LLC, d/b/a ARS ACCOUNT RESOLUTION
SERVICES,

        Defendant(s).
_____

        DEPOSITION UNDER ORAL EXAMINATION OF

                    ELAINE LEVINS

             DATE:  August 2, 2019

        REPORTED BY:  MICHAEL FRIEDMAN, CCR




            ESQUIRE DEPOSITION SOLUTIONS, LLC
               1384 Broadway - 22nd Floor
                New York, New York  10018
                     (212) 687-2010

JOB  #  J 4202544
```



1  TRANSCRIPT of the deposition of the
2  witness, called for Oral Examination in the
3  above-captioned matter, said deposition being taken
4  by and before MICHAEL FRIEDMAN, a Notary Public and
5  Certified Court Reporter of the State of New Jersey,
6  at ANDREW P. FINBERG, ESQ., 525 Route 73, Marlton,
7  New Jersey, on August 2, 2019, commencing at
8  approximately 1:00 in the afternoon.



```
 1   A P P E A R A N C E S:

 2   L/O ANDREW B. FINBERG, ESQ.
     525 Route 73 South
 3   Marlton, NJ  08053
     BY:    DANIEL A. FRISCHBERG, ESQ.
 4   Attorneys for Plaintiffs

 5

     STERN THOMASSON
 6   150 Morris Avenue
     Springfield, NJ  07081
 7   BY:    PHILIP D. STERN, ESQ.
     Attorneys for Plaintiffs
 8

 9   MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY
     535 Route 38 East
10   Cherry Hill, NJ  08002
     BY:    CHRISTIAN M. SCHEUERMAN, ESQ.
11   Attorneys for Defendants

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
                        I N D E X

WITNESS NAME                                           PAGE

ELAINE LEVINS

        By Mr. Scheuerman                                 6




                        E X H I B I T S

EXHIBIT NO.                                            PAGE

P-1 - 2            ..........                            41
```



```
 1                        - - -
 2              Deposition Support Index
 3                        - - -
 4
 5   Direction to Witness Not to Answer
 6   Page   Line       Page   Line       Page   Line
 7   None
 8
 9   Request for Production of Documents
10   Page   Line       Page   Line       Page   Line
11   None
12
13   Stipulations
14   Page   Line       Page   Line       Page   Line
15   None
16
17   Questions Marked
18   Page   Line       Page   Line       Page   Line
19   None
20
21
22
23
24
25
```



```
 1        Q    Sends, I'm sorry.
 2             MR. STERN:  Still the same
 3    objection.
 4        A    I'm sorry, I'm not sure.
 5        Q    Have you ever seen -- I will
 6    rephrase.
 7             Have you ever seen a letter from
 8    the defendant?
 9        A    Only since this case started.
10        Q    Okay.  And what letter did you see?
11        A    I saw a letter -- it was a
12    collection letter, but I don't --
13        Q    Was it addressed to you?
14        A    Yes.
15        Q    Okay.  And did the letter that you
16    saw in this case contain, quotation marks,
17    ARS, closed quotation marks, anywhere on the
18    letter?
19        A    I believe it did.
20        Q    And I'm correct it was on the upper
21    left-hand corner of the letter?
22        A    I believe so.
23        Q    Okay.  And I'm correct it was also
24    on the bottom of the letter?
25        A    I'm not certain.
```