# In the Matter Of:

## LEVINS vs HEALTHCARE REVENUE RECOVERY

1:17-CV-00928-RBK-KMW

## WILLIAM LEVINS

*August 02, 2019*



800.211.DEPO (3376)
EsquireSolutions.com

```
                UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW JERSEY
                CASE NO.  1:17-CV-00928-RBK-KMW


ELAINE LEVINS and WILLIAM LEVINS,
on behalf of themselves and others
similarly situated,

          Plaintiff(s),

     vs.

HEALTHCARE REVENUE RECOVERY GROUP,
LLC, d/b/a ARS ACCOUNT RESOLUTION
SERVICES,

          Defendant(s).
_____

          DEPOSITION UNDER ORAL EXAMINATION OF

                      WILLIAM LEVINS

                 DATE:  August 2, 2019

          REPORTED BY:  MICHAEL FRIEDMAN, CCR







               ESQUIRE DEPOSITION SOLUTIONS, LLC
                 1384 Broadway - 22nd Floor
                 New York, New York  10018
                       (212) 687-2010

JOB  #  J 4202544
```



```
 1            TRANSCRIPT of the deposition of the
 2   witness, called for Oral Examination in the
 3   above-captioned matter, said deposition being taken
 4   by and before MICHAEL FRIEDMAN, a Notary Public and
 5   Certified Court Reporter of the State of New Jersey,
 6   at ANDREW B. FINBERG, 525 Route 73, Marlton, New
 7   Jersey, on August 2, 2019, commencing at
 8   approximately 2:40 in the afternoon.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1   A P P E A R A N C E S:

 2   L/O ANDREW B. FINBERG
     525 Route 73 South
 3   Marlton, NJ   08053
     BY:    DANIEL A. FRISCHBERG, ESQ.
 4   Attorneys for Plaintiffs

 5

     STERN THOMASSON
 6   150 Morris Avenue
     Springfield, NJ   07081
 7   BY:    PHILIP D. STERN, ESQ.
     Attorneys for Plaintiffs
 8

 9   MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY
     535 Route 38 East
10   Cherry Hill, NJ   08002
     BY:    CHRISTIAN M. SCHEUERMAN, ESQ.
11   Attorneys for Defendants

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



WILLIAM LEVINS
LEVINS vs HEALTHCARE REVENUE RECOVERY

August 02, 2019
4

```
 1                    I N D E X
 2   WITNESS NAME                            PAGE
 3   WILLIAM LEVINS
 4         By Mr. Scheuerman                   6
 5
 6
 7
 8
 9
10                   E X H I B I T S
11   EXHIBIT NO.                             PAGE
12   (None marked.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                        - - -
 2              Deposition Support Index
 3                        - - -
 4
 5   Direction to Witness Not to Answer
 6   Page   Line      Page   Line      Page   Line
 7   None
 8
 9   Request for Production of Documents
10   Page   Line      Page   Line      Page   Line
11   None
12
13   Stipulations
14   Page   Line      Page   Line      Page   Line
15   None
16
17   Questions Marked
18   Page   Line      Page   Line      Page   Line
19   None
20
21
22
23
24
25
```



```
WILLIAM LEVINS                                        August 02, 2019
LEVINS vs HEALTHCARE REVENUE RECOVERY                               6
```

```
 1   W I L L I A M    L E V I N S,
 2              84 Lincoln Drive, Laurel Springs, New
 3   Jersey, called as a witness, having been first duly
 4   sworn according to law, testifies as follows:
 5
 6
 7
 8   EXAMINATION BY MR. SCHEUERMAN:
 9         Q    Mr. Levins, hi.  I'm Christian
10   Scheuerman.  Nice to meet you.
11         A    Likewise.
12         Q    Were you ever deposed before?
13         A    No.
14         Q    This is a question-and-answer
15   period.  All your responses need to be oral.
16              We have a court reporter taking
17   down your answers.  You're nodding your head
18   at me.
19         A    I understand.
20         Q    Yes, no, and even if you know the
21   answer before I finish asking the question,
22   just please allow me to finish so we can have
23   a clean record.
24              Have you had an adequate time to
25   speak to counsel before the deposition?
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1        A    Yes.
 2        Q    Okay.  And as we go along in the
 3   deposition, if something jogs your memory and
 4   you want to go back and change an answer, we
 5   can, just let me know.
 6             We can go back and change whatever
 7   answer you want.
 8             Do you understand?
 9        A    Understood.
10        Q    Are you under the influence of any
11   drugs or alcohol?
12        A    No.
13        Q    Is there anything in your mind that
14   would prevent you from participating in this
15   deposition today?
16        A    No.
17        Q    Do you have any questions of me?
18        A    No.
19        Q    I'm going to show you what's been
20   marked P-2.  And first I'm going to show you
21   the last page.
22             Is that your signature?
23        A    What am I looking at?
24        Q    Just, my first question, is that
25   your signature?
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1      A     It appears to be my signature, yes.
 2      Q     Is there a doubt it's your
 3   signature?
 4      A     I don't know what I'm looking at so
 5   what am I looking at?
 6      Q     You're looking at a document called
 7   plaintiff's responses --
 8      A     I can confirm that is my signature,
 9   yes.
10      Q     You can look at any -- take your
11   time to review the whole document if you
12   want, but I'm going to direct you to
13   questions 20 and 21.
14            MR. STERN:  Do you have copies for
15      counsel?
16            MR. SCHEUERMAN:  I have one copy.
17      A     (Witness reviewing.)
18            MR. STERN:  Which one were you
19      directing him to?
20            MR. SCHEUERMAN:  Twenty.
21      Q     Okay.  Did you take a look at it?
22      A     Yes.
23      Q     Did you review those responses
24   before you signed them?
25      A     Yes.
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1        Q    Okay.  And as to question to 20, as
 2   you sit here today do you have any additional
 3   facts to support your response to question
 4   20?
 5        A    Today, no.
 6        Q    Okay.  And in other words, other
 7   than what is there, are there any additional
 8   facts that you know of that's not in your
 9   answer?
10             MR. STERN:  Objection to form.  If
11        I state an objection, you can still
12        answer unless I direct you not to
13        answer.
14        A    I understand.  But yeah, that
15   was -- can you be more specific with your
16   question?
17        Q    Yes.  There's a response, there's
18   question 20 and there's a response.
19             My question is, do you have any
20   additional facts in response to the question?
21        A    I believe I already answered no.
22        Q    Okay.  And same question for number
23   21, if you want to take the time to read it,
24   both the question and then the response, and
25   then my question is, it's the same, do you
```



```
 1   have any additional facts in response to this
 2   question.
 3         A     (Witness reviewing.)
 4               MR. STERN:  Same objection.
 5         A     I would say no.
 6         Q     Okay.  Did you listen to the voice
 7   mail message in this case?
 8         A     Which voice mail?
 9         Q     How many did you receive?
10         A     I don't recall.
11         Q     Did you receive -- did you listen
12   to any voice mail messages that you received
13   from the defendant?
14         A     I actually don't remember.
15         Q     Okay.
16         A     Unlikely.
17         Q     Okay.  Do you have any idea when
18   Account Resolution Services began operations?
19               MR. STERN:  Objection to form.
20         A     Can you repeat that.
21         Q     Do you have any idea when Account
22   Resolution Services began operations?
23         A     As in started as a company?
24         Q     Yes.
25         A     No idea.
```



```
 1        Q    And do you have any knowledge of
 2   what abbreviation, if any, ARS Account
 3   Resolution Services, uses?
 4        A    No.
 5        Q    Do you have any knowledge one way
 6   or the other what appears on a credit card
 7   statement if a payment is made to ARS Account
 8   Resolution Services?
 9             MR. STERN:  Objection to the form.
10        A    Can you repeat that?
11        Q    Sure.  Do you have any idea what
12   appears on your credit card statement if you
13   make a payment to ARS Account Resolution
14   Services?
15             MR. STERN:  Same objection.
16        A    I have no idea how to answer that.
17   It's pretty confusing.
18        Q    Okay.  Have you ever made a payment
19   to defendant?
20        A    Not -- what defendant, ARS?  The
21   Account Resolution Services?
22        Q    Yes.
23        A    I have no idea.
24        Q    Okay.  And have you ever received a
25   collection letter from the defendant?
```


800.211.DEPO (3376)
EsquireSolutions.com

```
 1        A    I couldn't actually answer that.
 2   Don't know.
 3        Q    Okay.  Do you know how -- strike
 4   that.
 5             Do you know what name ARS Account
 6   Resolution Services uses when it has
 7   communications with the public?
 8        A    I do not.
 9        Q    Okay.
10        A    I would assume it would be Account
11   Resolution Services.
12        Q    What is the basis for that
13   assumption?
14        A    You repeated it multiple times.
15        Q    Other than me repeating it multiple
16   times, what is the basis for that assumption?
17             MR. STERN:  Asked and answered.
18             MR. FRISCHBERG:  Asked and
19        answered.
20             MR. STERN:  You asked him the
21        question, he answered --
22             MR. SCHEUERMAN:  He can still
23        answer.
24        Q    Other than me repeating it -- it's
25   a different question.
```

