UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELAINE LEVINS and WILLIAM LEVINS, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC, d/b/a, ARS ACCOUNT RESOLUTION SERVICES,<br><br>Defendant. | Civil Action<br>No. 1:17-cv-928 (CPO)<br><br>**ORDER** |

**O'HEARN, District Judge.**

This matter comes before the Court by way of a Motion for Class Certification, (ECF No. 115), filed by Plaintiffs Elaine Levins and William Levins, on behalf of themselves and others similarly situated, and Defendant Healthcare Revenue Recovery Group, LLC's Motion for Summary Judgment, (ECF No. 125). For the reasons set forth in this Court's corresponding Opinion,

**IT IS** on this  26th  day of  January , 2023,

**ORDERED** that the Amended Complaint is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the pending motions are **DENIED** moot; and it is finally,

**ORDERED** that the Clerk shall close this case.

_____
**CHRISTINE P. O'HEARN**
**United States District Judge**